# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | NO. 21-460 |
| ALFONZO RONELL WHITE | |

## ORDER RE: MOTION TO SUPPRESS

**AND NOW**, this 29th day of June, 2022, for the reasons stated in the foregoing Memorandum, the Defendant's Motion to Suppress Physical Evidence (ECF 14) is **DENIED**.

BY THIS COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CRIMINAL DEPUTY (Lori)\ORDERS\21-460 order denying mot to supp.docx