# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA<br><br>v.<br><br>ALFONZO RONELL WHITE | CRIMINAL ACTION<br><br>NO. 21-460 |
|---|---|

## ORDER

**AND NOW**, for the reasons stated in the foregoing Memorandum, Defendant's Motion for Reduction of Sentence (ECF 68) is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CRIMINAL DEPUTY (Lori)\ORDERS\21-460 order denying reduction.docx